**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| SHANNON D. BARLOW, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 06-0180-CB-M |
| BILLY MITCHEM, | ) |
| Respondent. | ) |

**ORDER**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge and on petitioner's objection thereto. (Docs. 15 & 16.) The Magistrate Judge has recommended that this habeas petition be dismissed as time barred pursuant to the one-year limitations period set forth in 28 U.S.C. § 2244(d)(1)(A). Petitioner has filed an objection arguing the merits of his petition, but he does not address the limitations issue. The Report and Recommendation of the Magistrate Judge is, therefore, **ADOPTED with the following modifications**. Petitioner's underlying state conviction became final on November 8, 1994, 42 days after the time for appeal expired. The limitations period found in § 2244(d) became effective on April 24 1996 and began to run on that date with respect to state court convictions that had already become final. *Goodman v. United States*, 151 F.3d 1335, 1336 (11th Cir. 1998). Thus, the limitations period expired on April 23, 1997. *Id.* at 1337. The Report and Recommendation erroneously states that the conviction became final on November 23, 2005, when the Alabama Supreme Court denied the petition for writ of certiorari with respect to

petitioner's late-filed Rule 32 petition.[1]  Petitioner's subsequently filed Rule 32 petition did not toll or extend the one-year limitations period.[2]  *See Webster v. Moore*, 199 F.3d 1256, 1259 (11th Cir. 2000) ("state court petition [ ] that is filed following the expiration of the after limitation period cannot toll that period").

**DONE** and **ORDERED** this the 19th day of September, 2006.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**

---

[1] The Rule 32 petition was initially filed in state court on February 4, 2005, more than 10 years after petitioner's conviction became final.

[2] The Report and Recommendation correctly states, however, that the limitations period began to run on April 24, 1996.